### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF/RELATOR
ex rel. TOM JACKSON

v.                                    No. 4:09CV00812 JLH

NICK PASLIDIS; DONNA SOODALTER-
TOMAN; and ARKANSAS FOUNDATION
FOR MEDICAL CARE                                                              DEFENDANTS

### ORDER

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action by Tom Jackson be, and they are, hereby dismissed with prejudice. The complaint is dismissed without prejudice as to the United States.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 3rd day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE